**WAFFLE HOUSE**
6986 FINANCIAL DRIVE, NORCROSS, GA

America's Place to Work, America's Place to Eat
**MID SOUTH WAFFLES, INC.**

WHO'S LOOKING OUT FOR THE POOR OLD CASH CUSTOMER? WAFFLE HOUSE EMPLOYEES--BECAUSE THE CUSTOMER MADE THIS CHECK POSSIBLE.

CHECK NO. 01308485
DATE 1/29/25

| Transit Number | Account Number | Bank Name | Amount |
|---|---|---|---|
| | | PNC | 157.37 |
| | | | |

JONES, ANNABELLE L
395 COUNTY ROAD 940

CULLMAN, AL  35057

MID SOUTH WAFFLES, INC.

| CODE | Employee ID # | Associate Name | Check # | Pay Date | Pay Period Ending | Net Pay |
|---|---|---|---|---|---|---|
| U 270 | 900822465 | JONES, ANNABELLE L | 01308485 | 1/29/25 | 1/27/25 | 157.37 |

| Department | Net Rate | Code | Hours | Gross Earnings | Tax Deductions | | Other Deductions | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Type | Current Period | Year to Date | Type | Current Period | Year to Date |
| U 270 | 4.09 | REG | .9 | 3.68 | FICA | 13.03 | 183.45 | MC | 6.30 | 66.84 |
| U 270 | 4.59 | REG | 19.8 | 90.88 | AL | 0.00 | 76.09 | TC | 0.00 | 3.22 |
| | | NCT | | 88.30 | | | | IN | 14.46 | 28.92 |
| | | SIP | | 8.30 | | | | | | |

| Earnings Code | Description | Deduction Code | Description |
|---|---|---|---|
| NCT | Non-Cash Tips OT Exempt | MC | Meal Credit |
| SIP | SIP Program Bonus | FICA | Federal Insurance Contributions |
| | | TC | Tip Credit |
| | | IN | Plan 125 Insurance |

| | Gross Earnings | Tax Deductions | Other Deductions |
|---|---|---|---|
| Pay Period Totals | 191.16 | 13.03 | 20.76 |
| Gross Earnings Year to Date | 2,493.99 | | |

PLEASE REFER ALL QUESTIONS CONCERNING THIS CHECK TO OPERATIONS MGMT.
NET RATE -- GROSS HOURLY RATE -- (TIP CREDIT IF APPLICABLE)

Waffle House, Inc. is committed to equal employment opportunities for all persons regardless of race, color, religion, age, gender, national origin, pregnancy, or disability. If you feel you have been subjected to discrimination, sexual or racial harassment, or any other type of harassment, or retaliation, call the Associate Hotline 1-800-818-6943 or write to the Legal Department, 5986 Financial Drive, Norcross, GA 30071.
Leave of Absence: If you need a Leave of Absence, you must submit a timely written request and meet certain requirements. Ask your manager about the proper forms and call the Group Health Helpline 770-729-5720. Also, see "Your Rights" under the Family Medical Leave Act posted in your work place.
Waffle House offers group medical, dental & life insurance benefits for full time Associates working an average of 30 hours or more per week. To enroll you must meet eligibility requirements, enrollment deadlines and pay premiums. Ask your manager for an enrollment package or call the Group Health Helpline at 770-729-5720.

2505 0000- 171

# WAFFLE HOUSE
5986 FINANCIAL DRIVE, NORCROSS, GA

**America's Place to Work, America's Place to Eat**
**MID SOUTH WAFFLES, INC.**

WHO'S LOOKING OUT FOR THE POOR OLD CASH CUSTOMER? WAFFLE HOUSE EMPLOYEES--BECAUSE THE CUSTOMER MADE THIS CHECK POSSIBLE.

CHECK NO. 01312460
DATE 2/05/25

| Transit Number | Account Number | Bank Name | Amount |
|---|---|---|---|
| | | PNC BANK | 608.08 |
| | | | |

JONES, ANNABELLE L
395 COUNTY ROAD 940

CULLMAN, AL 35057

MID SOUTH WAFFLES, INC.

| CODE | Employee ID # | Associate Name | Check # | Pay Date | Pay Period Ending | Net Pay |
|---|---|---|---|---|---|---|
| U 270 | 900822465 | JONES, ANNABELLE L | 01312460 | 2/05/25 | 2/03/25 | 608.08 |

| Department | Net Rate | Code | Hours | Gross Earnings | Tax Deductions Type | Current Period | Year to Date | Other Deductions Type | Current Period | Year to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| U 270 | 4.86 | REG | 6.8 | 33.53 | FTX | 12.88 | 12.88 | MC | 18.90 | 85.74 |
| U 270 | 5.36 | REG | 37.5 | 201.00 | FICA | 52.81 | 236.26 | TC | 0.00 | 3.22 |
| U 908 | 3.75 | REG | 13.7 | 51.38 | AL | 16.52 | 92.61 | IN | 14.46 | 43.38 |
| | | OTP | | 65.34 | | | | | | |
| | | NCT | | 367.30 | | | | | | |
| | | SIP | | 5.10 | | | | | | |

| Earnings Code | Description | Deduction Code | Description |
|---|---|---|---|
| NCT | Non-Cash Tips OT Exempt | FTX | Federal Tax |
| SIP | SIP Program Bonus | MC | Meal Credit |
| | | FICA | Federal Insurance Contributions |
| | | TC | Tip Credit |
| | | IN | Plan 125 Insurance |

| | Gross Earnings | Tax Deductions | Other Deductions |
|---|---|---|---|
| Pay Period Totals | 723.65 | 82.21 | 33.36 |
| Gross Earnings Year to Date | 3,217.64 | | |

PLEASE REFER ALL QUESTIONS CONCERNING THIS CHECK TO OPERATIONS MGMT.
NET RATE -- GROSS HOURLY RATE -- (TIP CREDIT IF APPLICABLE)

Waffle House, Inc. is committed to equal employment opportunities for all persons regardless of race, color, religion, age, gender, national origin, pregnancy, or disability. If you feel you have been subjected to discrimination, sexual or racial harassment, or any other type of harassment, or retaliation, call the Associate Hotline 1-800-918-6943 or write to the Legal Department, 5986 Financial Drive, Norcross, GA 30071.
Leave of Absence: If you need a Leave of Absence, you must submit a timely written request and meet certain requirements. Ask your manager about the proper forms and call the Group Health Helpline 770-729-5720. Also, see "Your Rights" under the Family Medical Leave Act posted in your work place.
Waffle House offers group medical, dental & life insurance benefits for full time Associates working an average of 30 hours or more per week. To enroll you must meet eligibility requirements, enrollment deadlines and pay premiums. Ask your manager for an enrollment package or call the Group Health Helpline at 770-729-5720.

2506 0000- 161

## America's Place to Work, America's Place to Eat
## MID SOUTH WAFFLES, INC.

**WAFFLE HOUSE**
5986 FINANCIAL DRIVE, NORCROSS, GA

WHO'S LOOKING OUT FOR THE POOR OLD CASH CUSTOMER? WAFFLE HOUSE EMPLOYEES--BECAUSE THE CUSTOMER MADE THIS CHECK POSSIBLE.

CHECK NO. 01316042
DATE 2/12/25

| Transit Number | Account Number | Bank Name | Amount |
|---|---|---|---|
| | | PNC BANK | 449.95 |
| | | | |

JONES, ANNABELLE L
395 COUNTY ROAD 940

CULLMAN, AL 35057

MID SOUTH WAFFLES, INC.

| CODE | Employee ID # | Associate Name | Check # | Pay Date | Pay Period Ending | Net Pay |
|---|---|---|---|---|---|---|
| U 270 | 900822465 | JONES, ANNABELLE L | 01316042 | 2/12/25 | 2/10/25 | 449.95 |

| Department | Net Rate | Code | Hours | Gross Earnings | Tax Deductions Type | Current Period | Year to Date | Other Deductions Type | Current Period | Year to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| U 270 | 4.56 | REG | .6 | 2.74 | FTX | 0.00 | 12.88 | MC | 18.90 | 104.64 |
| U 270 | 5.06 | REG | 26.2 | 132.57 | FICA | 37.95 | 274.21 | TC | 0.00 | 3.22 |
| U 908 | 4.53 | REG | 23.2 | 105.10 | AL | 8.22 | 100.83 | IN | 14.46 | 57.84 |
| | | OTP | | 36.30 | | | | | | |
| | | NCT | | 251.87 | | | | | | |
| | | SIP | | 0.90 | | | | | | |

| Earnings Code | Description | Deduction Code | Description |
|---|---|---|---|
| NCT | Non-Cash Tips OT Exempt | MC | Meal Credit |
| SIP | SIP Program Bonus | FICA | Federal Insurance Contributions |
| | | TC | Tip Credit |
| | | IN | Plan 125 Insurance |

| | Gross Earnings | Tax Deductions | Other Deductions |
|---|---|---|---|
| Pay Period Totals | 529.48 | 46.17 | 33.36 |
| Gross Earnings Year to Date | 3,747.12 | | |

PLEASE REFER ALL QUESTIONS CONCERNING THIS CHECK TO OPERATIONS MGMT.
NET RATE -- GROSS HOURLY RATE -- (TIP CREDIT IF APPLICABLE)

Waffle House, Inc. is committed to equal employment opportunities for all persons regardless of race, color, religion, age, gender, national origin, pregnancy, or disability. If you feel you have been subjected to discrimination, sexual or racial harassment, or any other type of harassment, or retaliation, call the Associate Hotline 1-800-818-6943 or write to the Legal Department, 5986 Financial Drive, Norcross, GA 30071.
Leave of Absence: If you need a Leave of Absence, you must submit a timely written request and meet certain requirements. Ask your manager about the proper forms and call the Group Health Helpline 770-729-5720. Also, see "Your Rights" under the Family Medical Leave Act posted in your work place.
Waffle House offers group medical, dental & life insurance benefits for full time Associates working an average of 30 hours or more per week. To enroll you must meet eligibility requirements, enrollment deadlines and pay premiums. Ask your manager for an enrollment package or call the Group Health Helpline at 770-729-5720.

2507 0000- 159

# WAFFLE HOUSE
6986 FINANCIAL DRIVE, NORCROSS, GA

**America's Place to Work, America's Place to Eat**
**MID SOUTH WAFFLES, INC.**

WHO'S LOOKING OUT FOR THE POOR OLD CASH CUSTOMER? WAFFLE HOUSE EMPLOYEES--BECAUSE THE CUSTOMER MADE THIS CHECK POSSIBLE.

CHECK NO. 01319839
DATE 2/19/25

| Transit Number | Account Number | Bank Name | Amount |
|---|---|---|---|
| | | PNC BANK | 308.64 |
| | | | |

JONES, ANNABELLE L
395 COUNTY ROAD 940

CULLMAN, AL 35057

MID SOUTH WAFFLES, INC.

| CODE | Employee ID # | Associate Name | Check # | Pay Date | Pay Period Ending | Net Pay |
|---|---|---|---|---|---|---|
| U 270 | 900822465 | JONES, ANNABELLE L | 01319839 | 2/19/25 | 2/17/25 | 308.64 |

| Department | Net Rate | Code | Hours | Gross Earnings | Tax Deductions | | | Other Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Type | Current Period | Year to Date | Type | Current Period | Year to Date |
| U 270 | 4.75 | REG | 6.4 | 30.40 | FTX | 0.00 | 12.88 | MC | 12.60 | 117.24 |
| U 270 | 5.25 | REG | 19.0 | 99.75 | FICA | 25.86 | 300.07 | TC | 0.00 | 3.22 |
| U 908 | 5.57 | REG | 9.9 | 55.14 | AL | 3.52 | 104.35 | IN | 14.46 | 72.30 |
| | | NCT | | 179.79 | | | | | | |

| Earnings Code | Description | Deduction Code | Description |
|---|---|---|---|
| NCT | Non-Cash Tips OT Exempt | MC | Meal Credit |
| | | FICA | Federal Insurance Contributions |
| | | TC | Tip Credit |
| | | IN | Plan 125 Insurance |

| | Gross Earnings | Tax Deductions | Other Deductions |
|---|---|---|---|
| Pay Period Totals | 365.08 | 29.38 | 27.06 |
| Gross Earnings Year to Date | 4,112.20 | | |

PLEASE REFER ALL QUESTIONS CONCERNING THIS CHECK TO OPERATIONS MGMT.
NET RATE -- GROSS HOURLY RATE -- (TIP CREDIT IF APPLICABLE)

Waffle House, Inc. is committed to equal employment opportunities for all persons regardless of race, color, religion, age, gender, national origin, pregnancy, or disability. If you feel you have been subjected to discrimination, sexual or racial harassment, or any other type of harassment, or retaliation, call the Associate Hotline 1-800-818-6943 or write to the Legal Department, 6986 Financial Drive, Norcross, GA 30071.
Leave of Absence: If you need a Leave of Absence, you must submit a timely written request and meet certain requirements. Ask your manager about the proper forms and call the Group Health Helpline 770-729-5720. Also, see "Your Rights" under the Family Medical Leave Act posted in your work place.
Waffle House offers group medical, dental & life insurance benefits for full time Associates working an average of 30 hours or more per week. To enroll you must meet eligibility requirements, enrollment deadlines and pay premiums. Ask your manager for an enrollment package or call the Group Health Helpline at 770-729-5720.

2508 0000- 163

**WAFFLE HOUSE**
5986 FINANCIAL DRIVE, NORCROSS, GA

**America's Place to Work, America's Place to Eat**
**MID SOUTH WAFFLES, INC.**

WHO'S LOOKING OUT FOR THE POOR OLD CASH CUSTOMER? WAFFLE HOUSE EMPLOYEES--BECAUSE THE CUSTOMER MADE THIS CHECK POSSIBLE.

| Transit Number | Account Number | Bank Name | Amount |
|---|---|---|---|
| | | PNC BANK | 106.43 |
| | | | |

JONES, ANNABELLE L
395 COUNTY ROAD 940

CULLMAN, AL    35057

MID SOUTH WAFFLES, INC.

| CODE | Employee ID # | Associate Name | Check # | Pay Date | Pay Period Ending | Net Pay |
|---|---|---|---|---|---|---|
| U 908 | 900822465 | JONES, ANNABELLE L | 01324625 | 2/26/25 | 2/24/25 | 106.43 |

| Department | Net Rate | Code | Hours | Gross Earnings | Tax Deductions | | | Other Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Type | Current Period | Year to Date | Type | Current Period | Year to Date |
| U 270 | 4.31 | REG | .2 | 0.86 | FTX | 0.00 | 12.88 | MC | 9.45 | 126.69 |
| U 270 | 4.56 | REG | 9.7 | 44.23 | FICA | 13.75 | 313.82 | TC | 59.50 | 62.72 |
| U 908 | 3.75 | REG | 17.0 | 63.75 | AL | 0.00 | 104.35 | IN | 14.46 | 86.76 |
| | | TC | | 59.50 | | | | | | |
| | | NCT | | 35.25 | | | | | | |

| Earnings Code | Description | Deduction Code | Description |
|---|---|---|---|
| NCT | Non-Cash Tips OT Exempt | MC | Meal Credit |
| | | FICA | Federal Insurance Contributions |
| | | TC | Tip Credit |
| | | IN | Plan 125 Insurance |

| | Gross Earnings | Tax Deductions | Other Deductions |
|---|---|---|---|
| Pay Period Totals | 203.59 | 13.75 | 83.41 |
| Gross Earnings Year to Date | 4,315.79 | | |

PLEASE REFER ALL QUESTIONS CONCERNING THIS CHECK TO OPERATIONS MGMT.
NET RATE -- GROSS HOURLY RATE -- (TIP CREDIT IF APPLICABLE)

Waffle House, Inc. is committed to equal employment opportunities for all persons regardless of race, color, religion, age, gender, national origin, pregnancy, or disability. If you feel you have been subjected to discrimination, sexual or racial harassment, or any other type of harassment, or retaliation, call the Associate Hotline 1-800-818-6943 or write to the Legal Department, 5986 Financial Drive, Norcross, GA 30071.
Leave of Absence: If you need a Leave of Absence, you must submit a timely written request and meet certain requirements. Ask your manager about the proper forms and call the Group Health Helpline 770-729-5720. Also, see "Your Rights" under the Family Medical Leave Act posted in your work place.
Waffle House offers group medical, dental & life insurance benefits for full time Associates working an average of 30 hours or more per week. To enroll you must meet eligibility requirements, enrollment deadlines and pay premiums. Ask your manager for an enrollment package or call the Group Health Helpline at 770-729-5720.

2509 0000-1435



**America's Place to Work, America's Place to Eat**
**MID SOUTH WAFFLES, INC.**

WHO'S LOOKING OUT FOR THE POOR OLD CASH CUSTOMER? WAFFLE HOUSE EMPLOYEES--BECAUSE THE CUSTOMER MADE THIS CHECK POSSIBLE.

CHECK NO. 01329507
DATE 3/05/25

| Transit Number | Account Number | Bank Name | Amount |
|---|---|---|---|
| | | PNC BANK | 392.96 |
| | | | |

JONES, ANNABELLE L
395 COUNTY ROAD 940
CULLMAN, AL 35057

MID SOUTH WAFFLES, INC.

| CODE | Employee ID # | Associate Name | Check # | Pay Date | Pay Period Ending | Net Pay |
|---|---|---|---|---|---|---|
| U 908 | 900822465 | JONES, ANNABELLE L | 01329507 | 3/05/25 | 3/03/25 | 392.96 |

| Department | Net Rate | Code | Hours | Gross Earnings | Tax Deductions | | Other Deductions | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Type | Current Period | Year to Date | Type | Current Period | Year to Date |
| U 270 | 14.00 | REG | 8.5 | 119.00 | FTX | 0.00 | 12.88 | MC | 18.90 | 145.59 |
| U 270 | 4.69 | REG | .5 | 2.35 | FICA | 34.31 | 348.25 | TC | 20.54 | 83.26 |
| U 270 | 5.19 | REG | 10.0 | 51.90 | AL | 0.79 | 105.14 | IN | 14.46 | 101.22 |
| U 908 | 4.03 | REG | 32.1 | 129.36 | | | | | | |
| | | OTP | | 46.51 | | | | | | |
| | | TC | | 20.54 | | | | | | |
| | | NCT | | 112.30 | | | | | | |

| Earnings Code | Description | Deduction Code | Description |
|---|---|---|---|
| NCT | Non-Cash Tips OT Exempt | MC | Meal Credit |
| | | FICA | Federal Insurance Contributions |
| | | TC | Tip Credit |
| | | IN | Plan 125 Insurance |

| | Gross Earnings | Tax Deductions | Other Deductions |
|---|---|---|---|
| Pay Period Totals | 481.96 | 35.10 | 53.90 |
| Gross Earnings Year to Date | 4,799.35 | | |

PLEASE REFER ALL QUESTIONS CONCERNING THIS CHECK TO OPERATIONS MGMT.
NET RATE -- GROSS HOURLY RATE -- (TIP CREDIT IF APPLICABLE)

Waffle House, Inc. is committed to equal employment opportunities for all persons regardless of race, color, religion, age, gender, national origin, pregnancy, or disability. If you feel you have been subjected to discrimination, sexual or racial harassment, or any other type of harassment, or retaliation, call the Associate Hotline 1-800-818-6943 or write to the Legal Department, 6986 Financial Drive, Norcross, GA 30071.
Leave of Absence: If you need a Leave of Absence, you must submit a timely written request and meet certain requirements. Ask your manager about the proper forms and call the Group Health Helpline 770-729-5720. Also, see "Your Rights" under the Family Medical Leave Act posted in your work place.
Waffle House offers group medical, dental & life insurance benefits for full time Associates working an average of 30 hours or more per week. To enroll you must meet eligibility requirements, enrollment deadlines and pay premiums. Ask your manager for an enrollment package or call the Group Health Helpline at 770-729-5720.

2510 0000-1010

# WAFFLE HOUSE
5986 FINANCIAL DRIVE, NORCROSS, GA

**America's Place to Work, America's Place to Eat**
**MID SOUTH WAFFLES, INC.**

WHO'S LOOKING OUT FOR THE POOR OLD CASH CUSTOMER? WAFFLE HOUSE EMPLOYEES--BECAUSE THE CUSTOMER MADE THIS CHECK POSSIBLE.

CHECK NO. 01333034
DATE 3/12/25

| Transit Number | Account Number | Bank Name | Amount |
|---|---|---|---|
| | | PNC BANK | 354.50 |
| | | | |

JONES, ANNABELLE L
395 COUNTY ROAD 940

CULLMAN, AL 35057

MID SOUTH WAFFLES, INC.

| CODE | Employee ID # | Associate Name | Check # | Pay Date | Pay Period Ending | Net Pay |
|---|---|---|---|---|---|---|
| U 908 | 900822465 | JONES, ANNABELLE L | 01333034 | 3/12/25 | 3/10/25 | 354.50 |

| Department | Net Rate | Code | Hours | Gross Earnings | Tax Deductions | | | Other Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Type | Current Period | Year to Date | Type | Current Period | Year to Date |
| U 270 | 3.50 | REG | .3 | 1.05 | FTX | 0.00 | 12.88 | MC | 15.75 | 161.34 |
| U 270 | 4.00 | REG | 19.8 | 79.20 | FICA | 31.51 | 379.76 | TC | 0.00 | 83.26 |
| U 270 | 4.50 | REG | .8 | 3.60 | AL | 4.42 | 109.56 | MS | 21.56 | 21.56 |
| U 908 | 4.62 | REG | .3 | 1.39 | | | | IN | 14.46 | 115.68 |
| U 908 | 5.12 | REG | 25.7 | 131.58 | | | | | | |
| | | OTP | | 25.05 | | | | | | |
| | | NCT | | 200.33 | | | | | | |

| Earnings Code | Description | Deduction Code | Description |
|---|---|---|---|
| NCT | Non-Cash Tips OT Exempt | MC | Meal Credit |
| | | FICA | Federal Insurance Contributions |
| | | TC | Tip Credit |
| | | MS | Miscellaneous |
| | | IN | Plan 125 Insurance |

| | Gross Earnings | Tax Deductions | Other Deductions |
|---|---|---|---|
| Pay Period Totals | 442.20 | 35.93 | 51.77 |
| Gross Earnings Year to Date | 5,241.55 | | |

PLEASE REFER ALL QUESTIONS CONCERNING THIS CHECK TO OPERATIONS MGMT.
NET RATE -- GROSS HOURLY RATE -- (TIP CREDIT IF APPLICABLE)

Waffle House, Inc. is committed to equal employment opportunities for all persons regardless of race, color, religion, age, gender, national origin, pregnancy, or disability. If you feel you have been subjected to discrimination, sexual or racial harassment, or any other type of harassment, or retaliation, call the Associate Hotline 1-800-918-6943 or write to the Legal Department, 5986 Financial Drive, Norcross, GA 30071.
Leave of Absence: if you need a Leave of Absence, you must submit a timely written request and meet certain requirements. Ask your manager about the proper forms and call the Group Health Helpline 770-729-5720. Also, see "Your Rights" under the Family Medical Leave Act posted in your work place.
Waffle House offers group medical, dental & life insurance benefits for full time Associates working an average of 30 hours or more per week. To enroll you must meet eligibility requirements, enrollment deadlines and pay premiums. Ask your manager for an enrollment package or call the Group Health Helpline at 770-729-5720.

2511 0000- 998

**WAFFLE HOUSE**
5986 FINANCIAL DRIVE, NORCROSS, GA

WHO'S LOOKING OUT FOR THE POOR OLD CASH CUSTOMER? WAFFLE HOUSE EMPLOYEES--BECAUSE THE CUSTOMER MADE THIS CHECK POSSIBLE.

CHECK NO. 01339439
DATE 3/26/25

| Transit Number | Account Number | Bank Name | Amount |
|---|---|---|---|
| | | PNC BANK | 32.27 |
| | | | |

JONES, ANNABELLE L
395 COUNTY ROAD 940

CULLMAN, AL 35057

MID SOUTH WAFFLES, INC.

| CODE | Employee ID # | Associate Name | Check # | Pay Date | Pay Period Ending | Net Pay |
|---|---|---|---|---|---|---|
| U 270 | 900822465 | JONES, ANNABELLE L | 01339439 | 3/26/25 | 3/24/25 | 32.27 |

| Department | Net Rate | Code | Hours | Gross Earnings | Tax Deductions | | | Other Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Type | Current Period | Year to Date | Type | Current Period | Year to Date |
| U 270 | 3.69 | REG | 6.9 | 25.46 | FTX | 0.00 | 12.88 | MC | 3.15 | 164.49 |
| U 270 | 4.19 | REG | 1.0 | 4.19 | FICA | 3.29 | 383.05 | TC | 0.00 | 83.26 |
| | | NCT | | 45.50 | AL | 0.00 | 109.56 | IM | 14.46 | 14.46 |
| | | | | | | | | IN | 14.46 | 130.14 |
| | | | | | | | | DPP | 7.52 | 7.52 |
| | | | | | | | | MS | 0.00 | 21.56 |

| Earnings Code | Description | Deduction Code | Description |
|---|---|---|---|
| NCT | Non-Cash Tips OT Exempt | MC | Meal Credit |
| | | FICA | Federal Insurance Contributions |
| | | TC | Tip Credit |
| | | IM | Plan 125 - Missed Premium |
| | | IN | Plan 125 Insurance |
| | | DPP | Direct Purchase Plan(STK) |
| | | MS | Miscellaneous |

| | Gross Earnings | Tax Deductions | Other Deductions |
|---|---|---|---|
| Pay Period Totals | 75.15 | 3.29 | 39.59 |
| Gross Earnings Year to Date | 5,316.70 | | |

PLEASE REFER ALL QUESTIONS CONCERNING THIS CHECK TO OPERATIONS MGMT.
NET RATE -- GROSS HOURLY RATE -- (TIP CREDIT IF APPLICABLE)

Waffle House, Inc. is committed to equal employment opportunities for all persons regardless of race, color, religion, age, gender, national origin, pregnancy, or disability. If you feel you have been subjected to discrimination, sexual or racial harassment, or any other type of harassment, or retaliation, call the Associate Hotline 1-800-818-6943 or write to the Legal Department, 5986 Financial Drive, Norcross, GA 30071.
Leave of Absence: If you need a Leave of Absence, you must submit a timely written request and meet certain requirements. Ask your manager about the proper forms and call the Group Health Helpline 770-729-5720. Also, see "Your Rights" under the Family Medical Leave Act posted in your work place.
Waffle House offers group medical, dental & life insurance benefits for full time Associates working an average of 30 hours or more per week. To enroll you must meet eligibility requirements, enrollment deadlines and pay premiums. Ask your manager for an enrollment package or call the Group Health Helpline at 770-729-5720.

2513 0000- 158